# Court of Appeals
# of the State of Georgia

ATLANTA,____July 05, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1900.     RUTH DOWDY MOORE et al. v. WILLIAM EDMUND JACKSON.**

Defendants Ruth Dowdy Moore and Lounell Dowdy Dorminey filed this appeal. Plaintiff William Edmund Jackson has filed a motion to transfer the appeal to the Supreme Court, asserting that the underlying cause of action is an action to quiet title and thus falls within the Supreme Court's exclusive jurisdiction.

Under Ga. Const. 1983, Art. VI, Par. III, the Supreme Court has original appellate jurisdiction over cases involving title to land. Accordingly, Jackson's motion is GRANTED, and this appeal is hereby TRANSFERRED to Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,_____07/05/2016_____*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*